**Order entered April 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00170-CV

### ERIC DRAKE, Appellant

### V.

### CARMEN SIFUENTES, CONSUMERS COUNTY MUTUAL INSURANCE, Appellees

## No. 05-13-00871-CV

### ERIC DRAKE, Appellant

### V.

### TRAVELERS INDEMNITY COMPANY, ET AL., Appellees

## No. 05-13-00894-CV

### ERIC DRAKE, Appellant

### V.

### KRISTINA KASTL, Appellee

## No. 05-13-01520-CV

### ERIC DRAKE, Appellant

### V.

### TRAVELERS INDEMNITY COMPANY, ET AL., Appellees

**No. 05-14-00355-CV**

**ERIC DRAKE, Appellant**

**V.**

**STEPHEN WALKER, ET AL., Appellees**

## ORDER

Before the Court En Banc

The Court **DENIES** appellant's April 9, 2015 "Motion to Recuse and Disqualify" Chief

Justice Wright.

/s/    DAVID L. BRIDGES
           JUSTICE